UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

DONALD RAY ALLEN                                                                                    PLAINTIFF

VS.                                                                                        NO.  2:04CV49KS-JMR

FORREST COUNTY, MISSISSIPPI, ET AL                                              DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing this date on the motion of the parties hereto, by and through counsel of record, moving the Court to dismiss this cause with prejudice, and the Court finding that good cause exists for said dismissal and that Plaintiff's claims are now ripe for dismissal, and the Court otherwise being fully advised in the premises, is of the opinion that such relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be and the same is hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 12th day of December, 2005.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

s/John H. Anderson
JOHN H. ANDERSON (MSB#____)
ATTORNEY FOR PLAINTIFF

s/J. Lawson Hester
J. LAWSON HESTER, (MSB #2394)
ATTORNEY FOR DEFENDANTS